UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | Criminal Case No. 05-342 (RCL) |
| ) | |
| **ALVARO SERRANO ARCHBOLD-** ) | |
| **MANNER (1)** ) | |
| ) | |
| **JUAN JOSE HEREDIA-LOPEZ (22)** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### ORDER

Upon consideration of the Government's Motion to Continue the Plea Hearing in this matter, currently scheduled for Monday, May 7, 2007 at 4:30 p.m., and finding good cause, it is

**ORDERED**, that the Government's Motion to Continue the Plea Hearing is **GRANTED**. This matter will be continued for a case status hearing on the _____ day of _____, 2007 at_____AM/PM. The continuance is in the best interests of justice and those interests outweigh the interests of the parties and the public in a speedier trial. The purpose of the continuance is to permit the government and defense counsel an opportunity to meet and finalize details regarding a resolution to the cases.

**SO ORDERED**,

_____        _____
_____DATE_____   HONORABLE ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA