UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**ALVARO SERRANO ARCHBOLD-MANNER (1)**<br><br>**JUAN JOSE HEREDIA-LOPEZ (22)**<br><br>Defendants. | Criminal Case No. 05-342 (RCL)<br><br>**FILED**<br>MAY - 4 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of the Government's Motion to Continue the Plea Hearing in this matter, currently scheduled for Monday, May 7, 2007 at 4:30 p.m., and finding good cause, it is

**ORDERED**, that the Government's Motion to Continue the Plea Hearing is **GRANTED**. This matter will be continued for a case status hearing on the _8th_ day of _June_, 2007 at _4:30_ AM/PM. The continuance is in the best interests of justice and those interests outweigh the interests of the parties and the public in a speedier trial. The purpose of the continuance is to permit the government and defense counsel an opportunity to meet and finalize details regarding a resolution to the cases.

**SO ORDERED,**

_5/4/07_
DATE

_[signature]_
HONORABLE ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA