UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> **Plaintiff**, <br><br> v. <br><br> **ALVARO SERRANO ARCHBOLD-MANNER (1)** <br><br> **JUAN JOSE HEREDIA-LOPEZ (22)** <br><br> **Defendants.** | Criminal Case No. 05-342 (RCL) |

## ORDER

Upon consideration of the Government's Motion to Continue the Plea Hearing in this matter, currently scheduled for Friday, June 8 at 4:30 p.m., and finding good cause, it is

**ORDERED**, that the Government's Motion to Continue the Plea Hearing is **GRANTED**. This matter will be continued for a case status hearing on the _____ day of _____, 2007 at_____AM/PM.  The continuance is in the best interests of justice and those interests outweigh the interests of the parties and the public in a speedier trial.  The purpose of the continuance is to permit the government and defense counsel an opportunity to meet and finalize details regarding a resolution to the cases.

**SO ORDERED**,

_____                           _____
_____DATE_____           HONORABLE ROYCE C. LAMBERTH
                                                                     U.S. DISTRICT JUDGE
                                                                     UNITED STATES DISTRICT COURT
                                                                     FOR THE DISTRICT OF COLUMBIA