UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CASE No.: **05-342-CR-LAMBERTH**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| **JUAN J. HEREDIA LOPEZ** | ) |
| | ) |
| | ) |

## MOTION BY COUNSEL TO APPEAR TELEPHONICALLY

*Comes Now,* counsel for the Defendant, Juan Jose Heredia-Lopez, and respectfully requests to appear telephonically at the status hearing in the above-captioned matter scheduled for today June 29, 2007 at 4:30 pm. As reasons thereof, counsel asserts as follows:

1. Counsel has known about today's court date for approximately three weeks.

2. Counsel made travel arrangements to arrive to Washington D.C. at approximately 11 am on June 29, 2007.

3. In preparation for today's hearing, counsel has discussed the instant matter and the proceedings to take place at today's hearing with attorney Patrick Hearn and defendant Juan J. Heredia Lopez.

4. Counsel learned this morning that all flights had been cancelled due to weather conditions, to wit, severe rain storms affecting Southern Florida.

WHEREFORE undersigned counsel respectfully asks this Honorable Court to grant her request to appear telephonically at today's status hearing on the above-caption matter.

Respectfully submitted,

By: *Alexandra Rengel /s/*
**Alexandra I. Rengel**
FL Bar No. 0564451
Attorney for Juan Jose Heredia Lopez
**MERCADO & RENGEL, P.A.**
12000 Biscayne Blvd., Ste.305
North Miami, FL 33181
Phone: 305-892-2525
Fax: 305-402-8256
Email: air@mercadorengel.com