UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CASE No.: 05-342-CR-LAMBERTH

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| JUAN J. HEREDIA LOPEZ | ) |

**MOTION BY COUNSEL TO APPEAR TELEPHONICALLY**

Comes Now, counsel for the Defendant, Juan Jose Heredia-Lopez, and respectfully requests to appear telephonically at the status hearing in the above-captioned matter scheduled for November 2, 2007 at 2:00 pm. As reasons thereof, counsel asserts as follows:

1. Counsel is currently expecting with a due date of October 28, 2007 and is unable to travel.

WHEREFORE undersigned counsel respectfully asks this Honorable Court to grant her request to appear telephonically at the status hearing on November 2, 2007 on the above-caption matter.

Respectfully submitted,

By: *Alexandra Rengel /s/*
**Alexandra I. Rengel**
FL Bar No. 0564451
Attorney for Juan Jose Heredia Lopez
**MERCADO & RENGEL, P.A.**
12000 Biscayne Blvd., Ste.305
North Miami, FL 33181
Phone: 305-892-2525
Fax: 305-892-2127
Email: air@mercadorengel.com