UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE No.: 05-342-CR-LAMBERTH

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| JUAN J. HEREDIA LOPEZ | ) |
| | ) |

**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY**

THIS MATTER having come before the Court on the Defendant's Motion to Appear Telephonically and the Court being duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Counsel is authorized to appear telephonically for the Status Hearing scheduled for November 2, 2007 at 2:00 pm.

DONE AND ORDERED in Chambers at Washington, D.C. this ____ day of October, 2007.

ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE