UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>JUAN J. HEREDIA LOPEZ )<br>)<br>_____ ) | Criminal Case No. 05-342-22 (RCL)<br><br>FILED<br>OCT 25 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER GRANTING DEFENDANT'S MOTION TO
APPEAR TELEPHONICALLY**

THIS MATTER having come before the Court on the Defendant's Motion to Appear Telephonically and the Court being duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Counsel is authorized to appear telephonically for the Status Hearing scheduled for November 2, 2007 at 2:00 pm.

DONE AND ORDERED in Chambers at Washington, D.C. this 25th day of October, 2007.

/s/
ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE