UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CASE No.: 05-342-CR-LAMBERTH

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| JUAN J. HEREDIA LOPEZ | ) |

## MOTION BY COUNSEL TO APPEAR TELEPHONICALLY

Comes Now, counsel for the Defendant, Juan Jose Heredia-Lopez, and respectfully requests to appear telephonically at the status hearing in the above-captioned matter scheduled for November 19, 2007 at 2:00 pm. As reasons thereof, counsel asserts as follows:

1. Counsel is currently expecting and is unable to travel.

2. It is likely that by November 19, 2007, counsel will be at the hospital.

WHEREFORE undersigned counsel respectfully asks this Honorable Court to grant her request to appear telephonically at the status hearing on November 19, 2007 on the above-caption matter.

                                          Respectfully submitted,

              By:    *Alexandra Rengel /s/*
                      **Alexandra I. Rengel**
                      FL Bar No. 0564451
                      Attorney for Juan Jose Heredia Lopez
                      **MERCADO & RENGEL, P.A.**
                      12000 Biscayne Blvd., Ste.305
                      North Miami, FL 33181
                      Phone: 305-892-2525
                      Fax: 305-892-2127
                      Email: air@mercadorengel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Appear Telephonically was sent on November 15, 2007 by electronic means to all counsel for the co-defendants in this case as well as to, Patrick Hearn, the Assistant United States Attorney handling this matter.

                                                          /s/
                                        Alexandra I. Rengel