UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE No.: 05-342-CR-LAMBERTH

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | FILED |
| vs. ) | NOV 1 6 2007 |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| JUAN J. HEREDIA LOPEZ ) | U.S. DISTRICT COURT |
| ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO
APPEAR TELEPHONICALLY**

THIS MATTER having come before the Court on the Defendant's Motion to Appear Telephonically and the Court being duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Counsel is authorized to appear telephonically for the Status Hearing scheduled for November 19, 2007 at 9:30 a.m.

DONE AND ORDERED in Chambers at Washington, D.C. this 16th day of November, 2007.

_____
ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE