## TRAVEL AUTHORIZATION

FILED

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AUTHORIZED TRAVELER:**  Alexandra I. Rengel, Esq

**CASE NAME & NUMBER:**  USA vs Juan J. Herendia Lopez
05-0342(22)

**AUTHORIZED TRAVEL DATES:**  1/26/2008 to 1/29/2008

**PURPOSE OF TRAVEL:**  Report and Proffer with agents

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 stat. 4506, you are hereby authorized to obtain government travel rates for the above described trip in connection with your providing representation under Criminal Justice Act.

You are authorized to contact Omega World Travel at 1-866-450-0401 to request reservations for airline tickets, train tickets, hotel accommodations, and car rentals. You must provide Omega World Travel with your case name and number and must identify yourself as a CJA Panel member of Washington, D.C. and advise Omega World Trave that your tickets are to be charge to Court's account. You may instruct Omega World Travel where to deliver the tickets.

A copy of this travel authorization as well as a copy of the airline tickets, or other applicable receipts must be attached to your voucher for audit purposes. Our internal accounting control number for this trip(s) is D.C. CJA FPD.

Sincerely yours,

Royce C. Lamberth
United States District Cour. Judge   12/13/07