UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

CHAMBERS OF
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

FILED
FEB 0 1 2008
Clerk, U.S. District and
Bankruptcy Courts

## TRAVEL AUTHORIZATION

Authorized Travelers: Alexandra I. Rengel, Esq.

Case Name & Number: United States v. Juan J. Herendia Lopez, Cr. 05-0342 (22)

Authorized Travel Dates: 2/6/2008 to 2/8/2008

Purpose of Travel: Meeting with Prosecutors on 2/7/2008

    Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above described trip in connection with your providing representation and/or investigative services under the Criminal Justice Act.

    You are authorized to contact Omega World Travel at 1-866-450-0401 to request reservations for airline tickets, train tickets, hotel accommodations, and car rentals. You must provide Omega World Travel with your case name and number and must identify yourself as a CJA Panel member of Washington, D.C. and advise Omega World Travel that your tickets are to be charged to that Court's account. You may instruct Omega World Travel where to deliver the tickets.

    A copy of this travel authorization as well as a copy of the airline tickets, or other applicable receipts, must be attached to your voucher for audit purposes. Actual expenses incurred for meals and lodging while traveling outside of Washington, D.C., in the course of representation must conform to the prevailing limitations upon travel and subsistence expenses for federal judicial employees in accordance with existing government travel regulations. Our internal accounting control number for this trip(s) is D.C. CJA FPD.

Date: 2/1/08

Royce C. Lamberth
United States District Judge