**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

        v.                                                  05-342

**JOSE HUGO ALVAREZ LOZANO,**
        et.al.

**ORDER**

     It is hereby **ORDERED** that the Government obtain and maintain all prior statements and notes of each and every witness so that they are in the possession of the Government and subject to production pursuant to 18 USC § 3500.

     **So Ordered** this _____ of _____ 2008.

_____
**Chief Judge Royce C. Lamberth**